FILED

11/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0477

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0477

_____

STATE OF MONTANA,

       Plaintiff and Appellee,

   v.                                  O R D E R

TAMMY JANE SMITH,

       Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing Appellant's opening brief filed electronically on November 10, 2020, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 12(1)(a) requires a table of contents, with page references. The table of contents in Appellant's brief does not contain page references to the contents of the brief.

M. R. App. P. 12(c) requires that the statement of the case "shall first indicate briefly the nature of the case and its procedural disposition in the court below. Only that procedural background which is relevant to the issue or issues raised shall be included in the statement of the case." Appellant's brief combines the statement of the case combined with the statement of facts and is not brief or limited to the nature of the case and relevant procedural background.

M. R. App. P. 12(1)(f) requires that the summary of the argument "contain a succinct, clear, and accurate statement of the arguments made in the body of the brief and not be a mere repetition of the argument headings." Appellant's summary is not succinct or clear and concise.

M. R. App. P. 11(4)(a) requires that a principal brief shall not exceed 10,000 words. Appellant's brief contains 11,432 words.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules, and the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to all parties of record.

2

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
November 12 2020